UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

CARLOS COLLINS

Docket No.

Plaintiff,

-against-

**COMPLAINT AND**
**JURY DEMAND**

RICARDO ZAMOR, in his individual capacity

Defendants.

-----------------------------------------------------X

Plaintiff by and through their attorneys THE DRATCH LAW FIRM, P.C., by way of Complaint against the defendant:

## NATURE OF THE ACTION

1. This civil rights action arises from defendant's violation of plaintiff's constitutional rights.

2. Plaintiffs seeks, compensatory and punitive damages for violation of plaintiff's civil rights pursuant to 42 U.S.C. §1983 including an award of costs and attorney's

fees.

3. This action is predicated upon violations of plaintiffs' civil rights protected under the United States Constitution inclusive of the Eighth Amendment to the United States Constitution as well the New York State Constitution pursuant to 42 U.S.C. §1983 to be free from cruel and unusual punishment.

## PARTIES

4. Plaintiff is and continues to be a resident of the State of New York, Cayuga, County

5. Defendant, Ricardo Zamor (hereinafter "defendant") was and is a

corrections officer employed by the State of New York assigned to Green Haven Correctional Facility. Zamor is being sued in his individual capacity.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this matter pursuant to 42 U.S. §1983.

7. Venue is appropriate in this District as plaintiff as the cause of action arose at Green Haven Correctional Facility located in Dutchess County

8. Plaintiff maintains thehe has complied with the Prison Litigation Reform Act regarding administrative remedies.

## FACTS UNDERLYING PLAINTIFF'S CLAIMS FOR RELIEF

9. On January 27, 2025, while incarcerated at Green Haven Correctional Facility, plaintiff was subjected to excessive force, assault, battery and cruel and unusual punishment by the defendant..

10. On the above date at approximately 7:20 p.m., plaintiff was assigned to F-Block, 5 Company at Green Haven Correctional Facility.

11 On the above date, defendant was present on plaintiff's assigned block.

12. At this time, without warning and without any inappropriate or improper conduct on the part of the plaintiff, defendant assault, battered and utilized excessive force on plaintiff. Defendant assaulted and battered plaintiff to the point of where plaintiff lost unconsciousness

13. Plaintiff suffered from severe and permanent personal injuries due to cruel and unusual punishment as well as a deprivation of hi civil rights protected by the United States and New York State Constitution as a result of the afore-referenced events.

## AS AND FOR THE FIRST CAUSE OF ACTION FOR VIOLATION OF PLAINTIFF'S RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT

**UNDER THE UNITED STATES AND NEW YORK CONSTITUTION**

14. Plaintiff repeats, reiterates and realleges each and every allegation contained in the preceding paragraphs with the same force and effect as if set forth more fully herein;

15. As a result of the aforedescribed actions, including cruel and unusual punishment, the use of excessive force upon plaintiff, and the defendant deprived plaintiff, of the rights, privileges and immunities secured by the Constitution and laws of the United States and the New York State Constitution;

16. As a result of the aforedescribed actions, defendant individually deprived plaintiff of the right to be free from harm, free from cruel and unusual punishment, free from sexual assault, as secured by the Constitution and laws of the United States under the Eighth Amendment and the New York State Constitution;

17. The aforedescribed constitutional violations are all actionable under and pursuant to 42 U.S.C. 1983.

18. The aforedescribed acts of these defendant were willful, malicious and performed with reckless disregard for and deliberate indifference to plaintiff's rights;

19. As a result of the foregoing, plaintiff has suffered damages.

**WHEREFORE**, plaintiff requests judgment against each of the defendants as follows:

(A) compensatory damages;

(B) punitive damages;

(C) An award of attorney's fees as provided under 42 U.S.C. 1983; and

(D) Such other and further relief as this Court may deem just, proper and equitable

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues.

Dated: New York, New York
October 22, 2025

/s/ Brian Dratch
BRIAN M. DRATCH, ESQ.
THE DRATCH LAW FIRM, P.C.
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808