**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CARLOS COLLINS,

Plaintiff,

-against-

RICARDO ZAMOR, in his individual capacity,

Defendant.

---

**ORDER TO PRODUCE**

7:25-cv-08728 (KMK)(JCM)

**HONORABLE JUDITH C. McCARTHY UNITED STATES MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED**, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, that Michael Ritter, the Superintendent of Coxsackie Correctional Facility, or another official in charge of Coxsackie Correctional Facility, produce incarcerated individual Carlos Collins DIN #: 23B0199, at a location within the facility for the taking of his deposition testimony upon oral examination on **September 17, 2026, commencing at 10:00 a.m.**, for so long thereafter as the deposition continues, and that Carlos Collins appear in such place as designated by the Superintendent or other official in charge of Coxsackie Correctional Facility, so that his deposition may be taken.

Dated: August 31, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY, U.S.M.J.